UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STEVENSON, ROBERT BRUCE JR. § Case No. 14-80118
STEVENSON, KAY ANN §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/20/2014 in Courtroom 3100,
        U.S. Courthouse
        327 South Church Street
        Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STEVENSON, ROBERT BRUCE JR. § Case No. 14-80118
STEVENSON, KAY ANN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,322.00 |
| and approved disbursements of | $ | 35.11 |
| leaving a balance on hand of[1] | $ | 6,286.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,382.20 | $ 0.00 | $ 1,382.20 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 20.31 | $ 0.00 | $ 20.31 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,402.51 |
| Remaining Balance | $ | 4,884.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,033.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 14,273.81 | $ 0.00 | $ 2,785.01 |
| 000002 | Quantum3 Group LLC as agent for | $ 1,138.54 | $ 0.00 | $ 222.14 |
| 000003 | Quantum3 Group LLC as agent for | $ 497.20 | $ 0.00 | $ 97.01 |
| 000004 | Capital Recovery V, LLC | $ 1,495.34 | $ 0.00 | $ 291.76 |
| 000005 | PYOD, LLC its successors and assigns as | $ 898.39 | $ 0.00 | $ 175.29 |
| 000006 | Portfolio Recovery Associates, LLC | $ 6,730.27 | $ 0.00 | $ 1,313.17 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,884.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                           Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 14-80118-TML
Robert Bruce Stevenson, Jr.                                             Chapter 7
Kay Ann Stevenson
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 1         Date Rcvd: Sep 25, 2014
                              Form ID: pdf006             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db/jdb        +Robert Bruce Stevenson, Jr.,    Kay Ann Stevenson,    11747 Evergreen Lane,
                Huntley, IL 60142-6311
21419307       BMO Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
21419306       Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
21419309      +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
21419308       Chase,   P.O. Box 24698,    Columbus, OH 43224-0698
21419310      +Comenity- Catherines,    P.O. Box 659728,    San Antonio, TX 78265-9728
21419311      +Comenity-Dress Barn,    P.O. Box 659704,    San Antonio, TX 78265-9704
21419313       Exxon Mobil,   Processing Center,    Des Moines, IA 50361-0001
21419315      +International Collection Agency, LL,    PO Box 692715,    Orlando, FL 32869-2715
22244909     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,
                Successor to CAPITAL ONE, NATIONAL,    ASSOCIATION (CAPITAL ONE, N.A.),    POB 41067,
                Norfolk VA 23541)
21419316      +Union Plus Credit/Capital One,    P.O. Box 71104,   Baltimore, MD 21237-7104
21419317      +Westgate Resorts,   2801 Old Winter Garden Road,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22205249       E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2014 00:57:11      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21419312       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2014 00:55:43      Discover,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
21921992       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2014 00:55:43      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21449734       E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 00:56:16      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
21419314      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 00:55:08      GE/JCPenny,   P.O Box 965007,
                Orlando, FL 32896-5007
22211767      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2014 00:55:13
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21924534       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2014 00:52:04
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2014 at the address(es) listed below:
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue     ddonahue@mjwpc.com,   ddonahue@ecf.epiqsystems.com
          Michele  Aiken    on behalf of Debtor Robert Bruce Stevenson, Jr. maiken@aikenandaiken.com,
           saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
          Michele  Aiken    on behalf of Joint Debtor Kay Ann Stevenson maiken@aikenandaiken.com,
           saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```