UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
STEVENSON, ROBERT BRUCE JR. § Case No. 14-80118
STEVENSON, KAY ANN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMO Harris Bank PO Box 6201 Carol Stream, IL 60197-6201 |  |  |  |  |  |
|  | Chase P.O. Box 24698 Columbus, OH 43224-0698 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Westgate Resorts 2801 Old Winter Garden Road Ocoee, FL 34761 | | | | | |
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

Case 14-80118    Doc 28    Filed 12/22/14    Entered 12/22/14 14:39:09    Desc Main
Document    Page 6 of 11

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 14-80118   TML   Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STEVENSON, ROBERT BRUCE JR. | Date Filed (f) or Converted (c): | 01/15/14 (f) |
|  | STEVENSON, KAY ANN | 341(a) Meeting Date: | 02/20/14 |
| For Period Ending: | 11/25/14 | Claims Bar Date: | 08/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 11747 Evergreen Ln., Huntley IL 60142 | 165,050.00 | 0.00 |  | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 |  | 0.00 | FA |
| 3. Financial Accounts | 2,258.89 | 0.00 |  | 0.00 | FA |
| 4. Financial Accounts | 1,503.72 | 0.00 |  | 0.00 | FA |
| 5. Household Goods | 1,480.00 | 0.00 |  | 0.00 | FA |
| 6. Wearing Apparel | 156.00 | 0.00 |  | 0.00 | FA |
| 7. Furs and Jewelry | 75.00 | 0.00 |  | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 25.00 | 0.00 |  | 0.00 | FA |
| 9. Firearms and Hobby Equipment | 35.00 | 0.00 |  | 0.00 | FA |
| 10. Insurance Policies | 2,258.59 | 0.00 |  | 0.00 | FA |
| 11. Insurance Policies | 2,605.02 | 0.00 |  | 0.00 | FA |
| 12. Insurance Policies | 921.31 | 0.00 |  | 0.00 | FA |
| 13. Stock | 70.00 | 0.00 |  | 0.00 | FA |
| 14. Vehicles | 781.00 | 0.00 |  | 0.00 | FA |
| 15. Vehicles | 6,367.00 | 0.00 |  | 0.00 | FA |
| 16. Office Equipment | 80.00 | 0.00 |  | 0.00 | FA |
| 17. Other Miscellaneous | 40.00 | 0.00 |  | 0.00 | FA |
| 18. Other Miscellaneous | 10.00 | 0.00 |  | 0.00 | FA |
| 19. Income Tax Refund (u) | Unknown | 6,322.00 |  | 6,322.00 | FA |

TOTALS (Excluding Unknown Values)        $183,816.53        $6,322.00                $6,322.00

Gross Value of Remaining Assets        $0.00
(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 14-80118    TML    Judge: THOMAS M. LYNCH | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: STEVENSON, ROBERT BRUCE JR. | Date Filed (f) or Converted (c):    01/15/14 (f) |
| STEVENSON, KAY ANN | 341(a) Meeting Date:    02/20/14 |
| | Claims Bar Date:    08/08/14 |

Nothing furthe remains to be done.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 14-80118 -TML |
| Case Name: | STEVENSON, ROBERT BRUCE JR. |
| | STEVENSON, KAY ANN |
| Taxpayer ID No: | *******2725 |
| For Period Ending: | 11/25/14 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0189 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 6,286.89 | | 6,286.89 |
| 10/20/14 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 1,382.20 | 4,904.69 |
| 10/20/14 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 20.31 | 4,884.38 |
| 10/20/14 | 002003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 19.5% | 7100-000 | | 2,785.01 | 2,099.37 |
| 10/20/14 | 002004 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 19.5% | 7100-000 | | 222.14 | 1,877.23 |
| 10/20/14 | 002005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 19.5% | 7100-000 | | 97.01 | 1,780.22 |
| 10/20/14 | 002006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 19.5% | 7100-000 | | 291.76 | 1,488.46 |
| 10/20/14 | 002007 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 19.5% | 7100-000 | | 175.29 | 1,313.17 |
| 10/20/14 | 002008 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NATIONAL<br>ASSOCIATION (CAPITAL ONE, N.A.)<br>POB 41067 | Claim 000006, Payment 19.5% | 7100-000 | | 1,313.17 | 0.00 |
| | | | Page Subtotals | | 6,286.89 | 6,286.89 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-80118 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STEVENSON, ROBERT BRUCE JR. | Bank Name: | BANK OF KANSAS CITY |
| | STEVENSON, KAY ANN | Account Number / CD #: | *******0189  GENERAL CHECKING |
| Taxpayer ID No: | *******2725 | | |
| For Period Ending: | 11/25/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Norfolk VA 23541 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,286.89 | 6,286.89 | 0.00 |
| Less:  Bank Transfers/CD's | | 6,286.89 | 0.00 | |
| Subtotal | | 0.00 | 6,286.89 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 6,286.89 | |

Page Subtotals          0.00          0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-80118 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | STEVENSON, ROBERT BRUCE JR. | | Bank Name: | CONGRESSIONAL BANK |
| | STEVENSON, KAY ANN | | Account Number / CD #: | *******1000  GENERAL CHECKING |
| Taxpayer ID No: | *******2725 | | | |
| For Period Ending: | 11/25/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/14 | 19 | UNITED STATES TREASURY | INCOME TAX REFUND | 1229-000 | 6,322.00 | | 6,322.00 |
| 06/04/14 | 000100 | INTERNATIONAL SURETIES, LTD. | Bond Premium (#016018067) | 2300-000 | | 5.11 | 6,316.89 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 6,306.89 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,296.89 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,286.89 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 6,286.89 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,322.00 | 6,322.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,286.89 | |
| Subtotal | 6,322.00 | 35.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,322.00 | 35.11 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0189 | 0.00 | 6,286.89 | 0.00 |
| GENERAL CHECKING - ********1000 | 6,322.00 | 35.11 | 0.00 |
| | 6,322.00 | 6,322.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,322.00     6,322.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*